IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT GROUP, LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:10cv390 |
| | § | |
| LISLE CORPORATION | § | |

## ORDER SETTING DEADLINE TO FILE MOTIONS TO TRANSFER VENUE

This case is set for a scheduling conference on Wednesday, February 9, 2011 at 1:30 p.m. So that the Court may better address scheduling matters in this case, the deadline to file motions to transfer venue is January 26, 2011. Unless clearly contradicted or amended by this Order, all previous pretrial orders entered in this matter shall remain in full force and effect.

It is SO ORDERED.

SIGNED this 7th day of January, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE