UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Patent Group LLC, | § | |
|     Relator | § | |
| | § | |
| v. | § | Civil Action No. 6:10-cv-390 |
| | § | |
| Lisle Corporation, | § | |
|     Defendant | § | Jury Trial Demanded |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Relator Patent Group, LLC ("Relator"), respectfully submits this Unopposed Motion for Leave to File Amended Complaint, as follows:

Relator seeks leave to file a First Amended Complaint, according to a settlement agreement between the parties that requires the filing of such. Defendant, Lisle Corporation does not oppose this motion.

For the foregoing reasons, Relator requests an order granting leave to file its First Amended Complaint, and for such other relief to which it may be entitled.

Dated: January 13, 2011        Respectfully submitted,

                                            **KENT, GOOD, ANDERSON & BUSH, P.C.**
                                            Woodgate I, Suite 200
                                            1121 E.S.E. Loop 323
                                            Tyler, Texas 75701
                                            (903) 579-7500 (Office)
                                            (903) 581-3701 (Fax)

                                            By: */s/ Ken W. Good*
                                                  KEN W. GOOD
                                                  State Bar No. 08139200

                                            ATTORNEYS FOR RELATOR

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Counsel for Relator contacted Counsel for Defendant on January 13, 2011, and Counsel for Defendant indicated that Defendant is unopposed to the relief requested in this Motion.

*/s/ Ken W. Good*

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 13th day of January, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class U.S. mail on this same date.

*/s/ Ken W. Good*