IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT GROUP, LLC, | § | |
| Relator | § | |
| | § | |
| v. | § | Civil Action No. 6:10-cv-00390-MHS |
| | § | |
| LISLE CORPORATION | § | |
| Defendant | § | Jury Trial Demanded |

## PATENT GROUP, LLC AND LISLE CORPORATION'S
## JOINT MOTION TO DISMISS WITH PREJUDICE

Relator Patent Group, LLC ("Patent Group") and Defendant Lisle Corporation ("Lisle") file this Joint Motion to Dismiss with Prejudice and would show the Court as follows:

I.    Patent Group and Lisle have entered into a settlement agreement to settle the claims made as the basis of the lawsuit. Accordingly, Patent Group moves this Court to dismiss its claims against Lisle with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

II.    For the reasons set forth above, this court should grant Patent Group and Lisle's Joint Motion to Dismiss with Prejudice.

A Proposed Order is attached.

Dated: January 14, 2011                    Respectfully Submitted,

                                                 KENT, GOOD, ANDERSON & BUSH, P.C.
Woodgate I, Suite 200
1121 E.S.E. Loop 323
Tyler, Texas 75701
(903) 579-7500 (Office)
(903) 581-3701 (Fax)


By: */s/ Ken W. Good*
      KEN W. GOOD
      State Bar No. 08139200

**ATTORNEYS FOR RELATOR,
PATENT GROUP, LLC**


YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas  75702
(903) 595-3111
(903) 595-0191 (Fax)


By:  */s/ Debby E. Gunter*
      DEBBY E. GUNTER
      State Bar No. 24012752

Jon O. Nelson
Bradley J. Van Pelt
BANNER & WITCOFF, LTD.
10 S. Wacker Drive – Suite 3000
Chicago, IL  60606
Telephone:  (312) 463-5000
Facsimile:  (312) 463-5001

**ATTORNEYS FOR DEFENDANT,
LISLE CORPORATION**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 14th day of January, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class U.S. mail on this same date.

                                                            */s/ Ken W. Good*