IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PATENT GROUP, LLC, | § | |
|     Relator | § | |
| | § | |
| v. | § | Civil Action No. 6:10-cv-00390-MHS |
| | § | |
| LISLE CORPORATION | § | |
|     Defendant | § | Jury Trial Demanded |

ORDER ON PATENT GROUP, LLC AND LISLE CORPORATION'S
JOINT MOTION TO DISMISS WITH PREJUDICE

Before the Court is Relator Patent Group, LLC ("Patent Group") and Defendant Lisle Corporation's ("Lisle") Joint Motion to Dismiss with Prejudice Amended Complaint (Doc. No. 23). The Court finds that the parties have entered into a settlement agreement to settle the claims made the basis of this lawsuit. After the consideration of the Motion, this Court finds that it is meritorious and should be GRANTED. According, the Court hereby DISMISSES WITH PREJUDICE Relator Patent Group's claims against Lisle, with each party to bear its own attorney fees, expenses, and costs.

    IT IS SO ORDERED.

    **SIGNED this 18th day of January, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE